PENNY M. COSTA (SBN 110373)
costap@ballardspahr.com
**Ballard Spahr LLP**
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4331
Facsimile: (424) 204-4350

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; HIP CITY MUSIC INC.; HIRIAM HICKS and ELLIOT STRAITE, a partnership d/b/a/ HIFROST PUBLISHING; EMI BLACKWOOD MUSIC, INC.; ALLEN GEORGE and FRED MC FARLANE, a partnership d/b/a SONG A TRON MUSIC; MJ PUBLISHING TRUST d/b/a/ MIJAC MUSIC; MICHAEL BALZARY, JOHN ANTHONY FRUSCIANTE, ANTHONY KIEDIS and CHAD GAYLORD SMITH, a partnership d/b/a/ MOEBETOBLAME MUSIC; BEECHWOOD MUSIC CORPORATION; SONY LATIN MUSIC PUBLISHING LLC; PLEASE GIMME MY PUBLISHING INC.; UNICHAPPELL MUSIC, INC.; PEERMUSIC III LTD.; SACATIN LLC d/b/a SONGS OF CAMALEON; WARNER-TAMERLANE PUBLISHING CORP.; KEVIN WINSTON RUDOLF, an individual d/b/a LION AIRE PUBLISHING; YOUNG MONEY PUBLISHING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>V3 CLUB COMPANY, LLC d/b/a THE HIGHLANDS and TOD W. GRISWOLD, individually,<br><br>Defendants. | Case No. CV 09-08039 DMG (CTx)<br><br>**ORDER OF JUDGMENT [20]**<br>**JS-6**<br><br>Date: June 21, 2010<br>Time: 9:30 a.m.<br>Courtroom: 7 |

DMWEST #7568253 v1

1

1  This matter came before the Court on June 21, 2010 on Plaintiffs'
2  Application for Entry of Default Judgment.  Defendants have not filed any
3  responsive pleading or otherwise made an appearance in this action.  Having
4  considered the pleadings and accompanying declarations and memorandum
5  submitted by Plaintiffs in support of the Application, and having considered each of
6  the factors outlined in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986),
7  IT IS HEREBY ORDERED AND ADJUDGED that:
8  1.  Plaintiffs' Application for Entry of Default Judgment against
9  Defendants V3 Club Company, LLC d/b/a The Highlands and Tod W. Griswold is
10  GRANTED, this Court finding that Defendants knowingly and intentionally
11  infringed upon the copyrights of nine musical compositions owned and/or licensed
12  by Plaintiffs.
13  2.  Plaintiffs shall recover from Defendants V3 Club Company, LLC d/b/a
14  The Highlands and Tod W. Griswold, jointly and severally, statutory damages in
15  the sum of $81,000, representing an award of three times the unpaid blanket license
16  fees for the years 2007, 2008 and 2009, or $9,000 for each of the nine musical
17  compositions that Defendants have infringed, pursuant to 17 U.S.C. § 504 (c) (1).
18  3.  Plaintiffs shall recover from Defendants V3 Club Company, LLC d/b/a
19  The Highlands and Tod W. Griswold, jointly and severally, full costs in this action,
20  including a reasonable attorney's fee in the amount of $4,840.00, pursuant to 17
21  U.S. C. § 505 and Local Rule of Court 55-3.
22  4.  Plaintiffs shall recover from Defendants V3 Club Company, LLC d/b/a
23  The Highlands and Tod W. Griswold, jointly and severally, interest on the full
24  amount of this judgment, from the date of this judgment, pursuant to 28 U.S. C. §
25  1961.
26  5.  Defendants V3 Club Company, LLC d/b/a The Highlands and Tod W.
27  Griswold, jointly and severally, and their agents, servants, employees, and all
28  persons acting under their permission or authority, shall be permanently enjoined

and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc. pursuant to 17 U.S.C. § 502.

6. This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

IT IS SO ORDERED.

DATED: June 21, 2010

_____
Dolly M. Gee
United States District Judge

CC: FISCAL

---

DECLARATION OF PENNY M. COSTA RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES